**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **TRACEY DONALDSON**, | ) | |
| individually, and on behalf of | ) | |
| her daughter, **MICHELLE TEBOLT**, | ) | |
| a minor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. <u>**4:13-CV-00184**</u> |
| | ) | |
| **URGENT CARE 24/7, LLC**, and | ) | |
| **JERRY K. WILLIAMS, M.D.** | ) | |
| | ) | |
| Defendants. | ) | |

---

## <u>PLAINTIFFS' SECOND AMENDED PETITION FOR SETTLEMENT</u>

COMES NOW Tracey Donaldson, individually and on behalf of her daughter, Michelle Tebolt, a minor, and by and through undersigned counsel, files this Petition for Settlement, pursuant to LR SD Ga 17.1, showing as follows:

1.

This case is settled and the petition to finalize was filed on December 17, 2013.

2.

The Court declined the Motion and directed the Complaint be Amended and it was amended on January 28, 2014.

3.

<u>Exhibit A</u> is the Courts Order and the Amended Complaint that shows admitted jurisdiction.

4.

On August 27, 2012, Michelle Tebolt appeared at Defendants' Urgent Care 24/7 located at 144 Lincoln Street in Savannah, Georgia, with fever, sinus congestion, nausea, and vomiting. *See* Medical Records at <u>Exhibit B</u>.

5.

Defendants' Physician Assistant, Michael Grabowski, after consulting with the Defendant Jerry K. Williams, M.D., owner of Defendant Urgent Care 24/7, treated Ms. Tebolt with an injection, into her upper left arm, containing 80 kg of Kenalog®, a synthetic glucocorticoid corticosteroid used to treat, *inter alia*, respiratory and allergic disorders.

6.

Shortly after the injection, Ms. Tebolt suffered pain and scarring in her upper right arm, and a dissolution of the subcutaneous fat under the injection site.

7.

On July 30, 2013, the present suit was filed alleging that Defendants' conduct fell below the standard of care in the following manner:

(a)     Defendants failed to observe the contraindication for the injection of Kenalog® into muscles other than the gluteal muscle;

(b)     The Defendants failed to observe the proper dosage for Kenalog®; and

(c)     On information and belief, the Defendants failed to ensure that the proper needle length of 1.5 inches was utilized.

8.

The affidavit of Dr. Vincent P. Beltrani, Ms. Tebolt's family care physician, is attached hereto as <u>Exhibit C</u>, in support of the above-referenced allegations.

9.

As a result of Defendants' alleged negligence, Ms. Tebolt will have to undergo cosmetic surgery to repair the scar tissue in her upper left arm. A true and correct copy of a picture of Ms. Tebolt's arm as of May 2013 is attached hereto as <u>Exhibit D</u>.

10.

A statement regarding the costs of this surgery, and prognosis, prepared for Dr. Celestino Sepulveda's signature, is attached hereto as <u>Exhibit E</u>. However, Dr. Sepulveda has asked for $400.00 before he will sign any statement. See <u>Exhibit F</u>. In order to obtain the highest possible recovery for our client, we have foregone this expense pending an Order to obtain a notarized signature from Dr. Sepulveda.

11.

After reviewing the above-referenced evidence, and conferring with Defendants' counsel, the parties have reached an agreement to settle all claims for $35,000.00. Pursuant to the agreement between Ms. Donaldson and undersigned counsel, the proposed distribution of the settlement proceeds is as follows:

| | |
|---|---|
| Total Settlement Amount | $35,000.00 |
| *Less:* | |
| Attorneys' Fees (35%) | $12,250.00 |
| Expenses | $592.20 |
| Amount due to Plaintiff: | $22,157.80 |

12.

A true and correct copy of the expenses incurred to date by undersigned counsel is attached hereto as Exhibit G.

13.

A true and correct copy of the existing fee contract with undersigned counsel, is attached hereto as Exhibit H.

14.

An affidavit of undersigned counsel regarding the above-referenced matters is attached hereto as Exhibit I.

WHEREFORE, premises considered, Plaintiff prays this Honorable Court will GRANT her amended petition for settlement, on behalf of herself and her minor daughter, pursuant to the terms outlined herein.

Respectfully submitted, this 2nd day of April, 2014.


/s/ Mark A. Tate
Mark A. Tate
Georgia Bar No. 698820

Tate Law Group, LLC
2 East Bryan St., Suite 600
Savannah, Georgia 31401
Telephone: (912) 234-3030
Facsimile: (912) 234-9700

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the forgoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system.  The parties may access this filing thorough the Court's ECF system.

This 2nd day of April, 2014.


/s/ Mark A. Tate
Mark A. Tate
Georgia Bar No. 698820

Tate Law Group, LLC
2 East Bryan St., Suite 600
Savannah, Georgia 31401
Telephone:  (912) 234-3030
Facsimile:   (912) 234-9700

*Counsel for Plaintiff*

# PLAINTIFF'S EXHIBIT "A"

Civil Action No.: 4:13-CV-00184 - April 2, 2014

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TRACEY DONALDSON, individually and on behalf of her daughter, MICHELLE TEBOLT, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> URGENT CARE 24/7 OF HISTORIC SAVANNAH, LLC,  and JERRY K. WILLIAMS, M.D., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No.  4:13-CV-00184-WTG <br> ) <br> ) <br> ) <br> )    Jury trial demanded <br> ) <br> ) |

## AMENDED COMPLAINT

COMES NOW Plaintiffs Tracey Donaldson, individually and on behalf of her daughter, Michelle Tebolt, a minor, and in support of their Amended Complaint, pursuant to this Court's Order dated January 27, 2014 (Doc. 16) against Defendant Urgent Care 24/7 of Historic Savannah, LLC and Jerry K. Williams, M.D., show as follows:

## PARTIES, JURISDICTION AND VENUE

1.    Plaintiffs Tracey Donaldson and Michelle Tebolt are citizens and residents of Pleasant Valley, New York.

2.    Defendant Urgent Care 24/7 of Historic Savannah, LLC is a Georgia limited liability company, and may be served via its registered agent, Jerry K. Williams, M.D., located at 144 Lincoln Street, Savannah, Georgia 31401.

3.     Defendant Jerry K. Williams, M.D. is the sole owner and member of Defendant Urgent Care 24/7 of Historic Savannah, LLC, and may be served at his place of business, located at 144 Lincoln Street, Savannah, Georgia 31401.

4.     Venue and jurisdiction are proper in this Court.

## FACTUAL ALLEGATIONS

5.     In August, 2012, while on a vacation with her family in Savannah, Georgia, Plaintiff Michelle Tebolt began to experience coughing, sinus congestion, fever, nausea, and vomiting.

6.     On August 27, 2012, Plaintiff Tracey Donaldson took her daughter, Plaintiff Michelle Tebolt to Urgent Care 24/7 of Historic Savannah, located at 144 Lincoln Street, Savannah, Georgia 31401.

7.     Plaintiff Michelle Tebolt was seen by a Physician's Assistant at Defendants' location in downtown Savannah.  Upon information and belief, this Physician Assistant was an agent and employee of Defendant Urgent Care 24/7 of Historic Savannah, LLC, and was working under the direct supervision of Defendant Jerry K. Williams, M.D., in carrying out his duties as a healthcare provider.

8.     According to the medical records, the Physician Assistant consulted with Defendant Jerry K. Williams M.D. concerning the treatment for Plaintiff Michelle Tebolt.

9.     The Physician Assistant injected Plaintiff Michelle Tebolt in upper left arm with 80 mg of Kenalog®, a synthetic glucocorticoid corticosteroid.

2

10.     Kenalog® is indicated for intramuscular use only, and unless a deep intramuscular injection is given, local atrophy is likely to occur. (*See Affidavit of treating physician Vincent P. Beltrani, M.D., attached hereto as Exhibit "A," and incorporated as if fully restated herein.*) Further, injection of Kenalog® is contraindicated for injection into the deltoid muscle, and instead is indicated for injection into the gluteal muscle using at least a 1.5 inch needle. *Id.* Finally, dosage is weight dependent, and the 80 mg dose administered to Ms. Tebolt was excessive. *Id.*

11.     The Physician Assistant who administered the injection, under the supervision of Defendant Jerry K. Williams, M.D., did not inject the Kenalog® into Plaintiff Michelle Tebolt's muscle, did not inject the proper muscle, did not use the proper needle length, and used too high a dosage for Ms. Tebolt's weight. . (*See Affidavit of treating physician Vincent P. Beltrani, M.D., attached hereto as Exhibit "A," and incorporated as if fully restated herein.*)

12.     As a result, the skin and subcutaneous fat in the immediate area of the injection on Plaintiff Michelle Tebolt's upper left arm began to atrophy, causing her to develop a visibly red, disfiguring permanent scar and indentation several inches long which has progressed to five inches in length and one and one-quarter inch in width.

13.     In order to remove the scar, Plaintiff Michelle Tebolt will require cosmetic surgery, and ongoing medical treatment, and is likely to endure future pain and suffering.

## CAUSES OF ACTION

### COUNT I
### MEDICAL MALPRACTICE

14.     Defendants Jerry K. Williams M.D. and his Physician Assistant were, at all times relevant to this Complaint, required to exercise a reasonable degree of medical care and skill in their evaluation and treatment of Plaintiff Michelle Tebolt.

15.     Defendants Jerry K. Williams M.D. and his Physician Assistant violated the standard of care required by treating physicians and Physician Assistants engaged in the evaluation and treatment of patients.

16.     Specifically, Defendants Jerry K. Williams M.D. and his Physician Assistant negligently administered the drug Kenalog® by failing to inject the drug entirely into the muscle tissue of Plaintiff Michelle Tebolt.

17.     As a direct and proximate result of Defendants' negligence, Plaintiffs have suffered and will continue to suffer permanent and irreversible injury, pain and suffering, pecuniary and economic losses.

### COUNT II
### RESPONDEAT SUPERIOR

18.     Upon information and belief, Defendant Jerry K. Williams, M.D., and his Physician Assistant were agents and employees of Defendant Urgent Care 24/7 of Historic Savannah, LLC, and were acting within the course and scope of their employment with same.  At all times relevant hereto, Defendant Urgent Care 24/7 of Historic Savannah, LLC was acting by and through its employees and / or agents Defendant Jerry K. Williams, M.D. and his Physician

4

Assistant.  Therefore, Defendant Urgent Care 24/7 of Historic Savannah, LLC is responsible for all acts and omissions alleged herein against Defendant Jerry K. Williams, M.D. and his Physician Assistant, under the doctrine of *respondeat superior.*

19.    The negligence of the Defendants was the direct and proximate cause of the harm caused to Plaintiffs, including physical injury, pain and suffering, and medical expenses.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray as follows:

(a)    For a trial by a jury of twelve (12) persons;

(b)    That summons and process issue and be served upon Defendants;

(c)    For recovery of all past and future medical expenses incurred and mental and physical pain and suffering caused by Defendants' negligence; and

(d)    For such other and further relief as the Court deems just and proper.

Respectfully submitted this 28th day of January, 2014.

TATE LAW GROUP, LLC

/s/ Mark A. Tate
MARK A. TATE
Georgia Bar No. 698820
marktate@tatelawgroup.com
SHERRI N. WATTS
Georgia Bar No. 176858
swatts@tatelawgroup.com

2 East Bryan St., Ste. 600
Savannah, Georgia, 31401
(912) 234-3030

*Attorneys for Plaintiffs*

5

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 28th day of January, 2014, the forgoing Amended Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system. The parties may access this filing thorough the Court's ECF system.

This 28th day of January, 2014.

TATE LAW GROUP, LLC

/s/ Mark A. Tate
MARK A. TATE
Georgia Bar No. 698820
marktate@tatelawgroup.com
SHERRI N. WATTS
Georgia Bar No. 176858
swatts@tatelawgroup.com

2 East Bryan St., Ste. 600
Savannah, Georgia, 31401
(912) 234-3030

*Attorneys for Plaintiffs*

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

'14 JAN 28  AM 9:44

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TRACEY DONALDSON, individually    )
and on behalf of her daughter,    )
MICHELLE TEBOLT, a minor,         )
                                  )
        Plaintiffs,               )        CASE NO. CV413-184
                                  )
v.                                )
                                  )
URGENT CARE 24/7, LLC; and JERRY  )
K. WILLIAMS, M.D.;                )
                                  )
        Defendants.               )
                                  )
_____    )

## O R D E R

On December 17, 2013, Plaintiffs filed a Motion for Settlement. (Doc. 15.) However, before the Court rules on this motion, it must determine whether it has jurisdiction over all the parties. Plaintiffs' complaint, which seeks relief stemming from alleged medical malpractice on the part of Defendant Jerry K. Williams ("Williams") and his employer, Defendant Urgent Care 24/7, LLC ("Urgent Care"), attempts to invoke this Court's diversity jurisdiction. (Doc. 1 ¶¶ 2-4.) However, the jurisdictional allegations contained in the complaint are insufficient to establish complete diversity between the parties.

The party invoking this Court's diversity jurisdiction bears the burden of adequately pleading complete diversity between the parties. See 28 U.S.C. § 1332; Ray v. Bird &

Son & Asset Realization Co., 519 F.2d 1081, 1082 (5th Cir. 1975)[1] ("The burden of pleading diversity of citizenship is upon the party invoking federal jurisdiction, and if jurisdiction is properly challenged, that party also bears the burden of proof."). For the purposes of diversity jurisdiction, a limited liability company ("LLC") is a citizen of every state in which any of its members are citizens. Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1021-22 (11th Cir. 2004). The Eleventh Circuit Court of Appeals has been explicit in addressing the proper method to allege sufficiently the citizenship of an LLC: "a party must list the citizenships of all the members of the limited liability company." Id. at 1022.

In this case, the complaint does not include a list of the individual members, along with their citizenship, of Defendant Urgent Care. Rather, the complaint simply states that Defendant Urgent Care is a Georgia limited liability company and may be served via its registered agent, Defendant Williams, in Savannah, Georgia. (Doc. 1 ¶ 2.)

---

[1] In Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit adopted as

2

The complaint relies on these allegations to advance the general conclusion that jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332. (Id. ¶ 4.) Such general allegations, however, are insufficient for Plaintiffs to carry their burden of establishing complete diversity between the parties. See Ray, 519 F.2d at 1082.

Accordingly, the Court **DEFERS** ruling on the Motion for Settlement until diversity jurisdiction is established. Plaintiffs are **DIRECTED** to file an amended complaint within **fourteen days** from the date of this order. The amended complaint should properly include the citizenship of each party to this case, specifically the names and citizenships of each member of Defendant Urgent Care.

SO ORDERED this 27ᵗʰ day of January 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

binding precedent all decisions of the former Fifth Circuit handed down prior to October 1, 1981.

# PLAINTIFF'S EXHIBIT "B"

Civil Action No.: 4:13-CV-00184 - April 2, 2014

# URGENT CARE OF HISTORIC SAVANNAH

144 Lincoln Street, Savannah, Georgia 31401
912.234.3714 office, 912.234.3771 fax
Tax ID # 45-0862124

NPI # Circle one: Dr. Williams    1710086749

**RECEIPT**

Patient Name: _Michelle Tebolt_
Date: 8-27-12

## Office Visit

| | | | | F/U Est. Pt. | |
|---|---|---|---|---|---|
| 99201 | $ 75.00 | 99341 | $ 60.00 | 99211 | $ 50.00 |
| 99202 | $ 100.00 | 99342 | $ 85.00 | 99212 | $ 75.00 |
| 99203 | $ 150.00 | 99343 | $ 150.00 | 99213 | $ 100.00 |
| 99204 | $ 200.00 | 99344 | $ 200.00 | 99214 | $ 125.00 |
| 99205 | $ 250.00 | 99345 | $ 250.00 | 99215 | $ 150.00 |

Each Appointment is 30 minute allotted time, each additional 15 min. block is $50.(CPT99354)(CPT99355)
Each additional RX after the initial one is an additional $25 per Rx

## Injections

| | | | $35/50mg | | | | $75/50mg |
|---|---|---|---|---|---|---|---|
| Benadryl 50 mg | J1200 | | | Zantac | J2780 | | |
| Kenalog 80mg | J3301 | $ 75.00 | | Ringers Lac | | J7120 | $ 25.00 |
| Phenergan 25mg | J2550 | $ 40.00 | | NS | | J7030 | $ 25.00 |
| Toradol 60mg | J1885 | $ 75.00 | | 5%Dextrose | | J7042 X2 | $ 25.00 |
| Lasix 10mg | J1940 | $ 35.00 | | Xopenex 1.25 | | J7618 | $25/vial |
| Rocephin 500mg | J0696 | $ 45.00 | | Rapid Strep | | 87880QW | $ 30.00 |
| Rocephin 1gr. | J0696 | $ 50.00 | | Zofran 2mg/ml | | J2405 | $25/ml |
| Vit. B-12 | J3420 | $ 35.00 | | hCG | | 81025 | $ 25.00 |
| Tetanus D | 90714 | $ 100.00 | | Influenza AB | J7284 x2 (Mod 59) | | $ 50.00 |
| Urine Dip | 81003 | $ 25.00 | | Monospot | | 8630QW | $ 35.00 |
| Wound Culture | 87070 | $ 81.00 | | | | | |

## Procedures

| | | | | | Weekend & Holiday | | |
|---|---|---|---|---|---|---|---|
| cpt 96365 | TB TESTING | 86580 | $ 35.00 | | After Hours Charge (99050) | $ 75.00 | |
| cpt 96366 | IV therapy 1 hr | | $ 67.00 | | | | |
| | each add. Hr | | $ 21.00 | | | | |
| cpt 10060 | Abscess Drainage with packing | 10060 | $ 115.00 | | | | |
| cpt 12001 | Laceration repair Simple | | $ 150.00 | | | | |
| cpt 12031 | intermed. | | $ 300.00 | | Dx. Code URI 465.9 | | |
| cpt 13100 | Complex | | $ 425.00 | | | | |
| cpt 69210 | Cerumen Removal | | $ 50.00 | | | | |
| cpt 10120 | Incision & Rem. of FB | | $ 130.00 | | | | |
| cpt 94760 | Pulse Ox. | | $ 3.00 | | | | |
| cpt 20552/53 | Trigger pt/Tendon Sheath | | $ 57.00 | | | | |
| cpt 36556 | IV Access | | $ 50.00 | | | | |
| cpt 94610 | Nebulizer Treatment | | $ 65.00 | | TOTAL $296.00 | | |
| cpt 97597 | Simple Debridement | | $ 75.00 | | | | |
| cpt 94010 | Spirometry | | $ 34.00 | | | | |

## Supplies

| Sutures Removal Tray | $15 | Staples kit | $25 | Angio Cath(A4649) | $5 |
|---|---|---|---|---|---|
| Suture tray(A4550) | $50 | IV set A-4221 | $50 | Dressing Kit(A6257) | $15 |
| Air cast | $60 | Ace bandage | $3 | Crutches | $56 |

#2114

#2114

8    Date: Aug 27, 2012 12:01 PM
ATATE 30 x 100 MG CAP
6-0101-30 Manu NDC:57664-0133-88
1 tablet by mouth 4 times a day

E TEBOLT    DOB:3/28/1997  (15 year old)

.H GA 31401

i, JERRY MD
231
006423

8/27/12 12:01 PM MICHELLE TEBOLT 3/28/1997

UHPQPHAMBZ

x:100498 8/27/2012
ke 1 tablet by mouth 4 times a day
'ILLIAMS, JERRY MD
ICHELLE TEBOLT DOB:3/28/1997
OC 66336-0101-30 Lot:F22262 7/31/2013

Rx: 100498 66336-0101-30 8/27/12 12:01 PM
BENZO ATATE 30 x 100 MG CAP Lot:F22262-7/31/2013
MICHELLE TEBOLT DOB:3/28/1997
Do you require additional counseling for this medication?
YES / N)
Signature:



# URGENT CARE of HISTORIC SAVANNAH

Date ___5/27/12___          Start Time __11:15 AM__ End Time _____

Patient Name: __Michelle Tebolt__

Mailing Address: __24 Birch Drive__

City: __Pleasant Valley__ State: __NY__ Zip: __12569__

Email Address: __michelletebolt@earthlink.net__

Date of Birth: __3/28/17 15/16__    Social Security # __?__

Home Phone: __845 635 1184__

Cell Phone: __845-464-3177__

If visiting Phone Number you can be reached: _____

Reason for Visit: __sick - cold - flu like symptoms, ↑ temp, coughing__  __Nausea__

Past Medical History: __Seasonal asthma__  __Fever 100.7 on + off__
__nausea on + off since Saturday__  __x 2 days__

Past Surgical Procedures: __None__

Social History: __no smoking or drinking, alcohol__

Family History: __Grandparents c diabetes__

Review of Systems: _____

Tetanus up to Date   Yes __✓__   No _____

Known Allergies (Food, Latex, Drugs): __Minocycline - hives__

Vitals: W __130#__ H __5'5"__ R __16__ P __103__ B/P __92/65__ O2 sat __98%__ Temp __98__ LMP __8-25-12__ currently

MEDS: __Albuterol inhaler, Zyrtec prn__

---

**Payment is required at the time of services. We accept only Cash or Credit Cards**

__5/28/12__ ... __nausea + felt marginal c mother - to call office back__
__if getting worse - felt better ...__  __H. Timmer__

S: 15y/o WF c̄ complaint of sinus congestion & cough
x 3 weeks c̄ nausea x 2 days. Pt had sinus congestion
x 3 weeks c̄ sx improving until 2 days ago when
congestion in sinuses became worse & she developed a
productive cough c̄ clear sputum. She also states she has
had mild episodes of ~~nasea~~ Nausea & vomiting that has
resolved today. Fever 2 days ago of 100.7°F. Ø S/S Sx
in past 24 hrs.

O: General: WD WN 15y/o WF in NAD
   HEENT: TM clear bi non-injected, Nasal mucosa ~~red~~ erythematous
          & boggy c̄ clear nasal drainage.
          Posterior pharynx ⊕ mild injection c̄ ⊕ cobblestoning.
          Ø Cervical lymphadenopathy.
   Heart: RRR Ø R/G/m                          Rapid Influenza A-B ⊖
   Lungs: CTA bi Ø W/R/R                        _____
   Abdomen: Soft NT c̄ ⊕ BS x4

A: 1) URI viral vs bacterial

P: 1) Kenalog 80mg IM
   2) Azithromycin 500 mg 1̄ po q day x 5 days
   3) OTC Sudafed as directed
   4) Tessalon Pearls 100 mg 1̄ po q i d prn cough
   5) If sx persist or get worse RTC
   6) Discussed Pt c̄ Dr. Williams
                          Mike Cole/PAC
                          27 Aug 2012

# PATIENT CONSENT FORM

### Urgent Care of Historic Savannah

### Patient Consent for Use and Disclosure
### of Protected Health Information

I hereby give my consent for **Urgent Care of Historic Savannah** to use and disclose protected health information (PHI) about me to carry out treatment, payment and health care operations (TPO).

The Notice of Privacy Practices provided by **Urgent Care of Historic Savannah** describes such uses and disclosures more completely.

I have the right to review the Notice of Privacy Practices prior to signing this consent. Urgent care of Historic Savannah reserves the right to revise its Notice of Privacy Practices at any time. A revised Notice of Privacy Practices may be obtained by forwarding a written request to Jerry Williams, MD 144 Lincoln Street Savannah, Georgia 31401.

With this consent, **Urgent Care of Historic Savannah** may call my home or other alternative location and leave a message on voice mail or in person in references to any items that assist the practice in carrying out TPO, such as appointment reminders, insurance items and any calls pertaining to my clinical care, including laboratory test results, among others.

With this consent, **Urgent Care of Historic Savannah** may mail to my home or other alternative location any items that assist the practice in carrying out TPO, such as appointment reminder cards and patient statements as long as they are marked "Personal and Confidential."

With this consent, **Urgent Care of Historic Savannah** may e-mail to my home or other alternative location any items that assist the practice in carrying out TPO, such as appointment reminder cards and patient statements. I have the right to request that **Urgent Care of Historic Savannah** restrict how it uses or discloses my PHI to carry out TPO. The practice is not required to agree to my requested restrictions, but if it does, it is bound by this agreement.

The signature below serves as consent for services/treatment/referrals by Urgent Care of Historic Savannah for the below names patient. This also authorizes the practice to release or receive protected health information for the purpose of treatment, payment, or health care operations necessary for such services.

I understand and agree that I will be financially responsible for any and all charges for medical services. This includes any medical service or visit, preventative exam, physical, lab testing and other screening service or diagnostic testing ordered by the physician or the physician's staff.

_Tracey Donaldson_
_____
Signature of Patient or Legal Guardian

_PER GUARDIAN_      _8/27/12_
_____    _____
Print Patient's Name                 Date

_____
Print Name of Patient or Legal Guardian, if applicable

# Notice of Privacy Practices

This notice describes how Medical Protected Health Information about you may be used and disclosed and how you can get access to this information. Please review it carefully.

## Summary

By law, we are required to provide you with our **Notice of Privacy (NPP)**. This notice describes how your medical information may be used and disclosed by us. It also tells you how you can obtain access to this information.

As a patient, you have the following rights:
1. The right to inspect and copy your information;
2. The right to request corrections to your information;
3. The right to request that your information be restricted;
4. The right to request confidential communications;
5. The right to a report of disclosures of your information; and
6. The right to a paper copy of this notice.

We want to assure you that your medical/protected health information is secure with us. This Notice contains information about how we will insure that your information remains private.
If you have any questions about this Notice, the name and phone number of our contact person is listed on this page.

| Effective Date of this Notice | March 4, 2011 |
|---|---|
| Contact Person | Larry Ward (Practice Manager) |
| Phone NUMBER | 912-786-8389 |

## ACKNOWLEDGEMENT OF NOTICE OF PRIVACY PRACTICES

I hereby acknowledge that I receive a copy of this practice's Notice of Privacy Practices.
I understand that if I have questions or complaints regarding my privacy rights that I may contact the person listed above. I further understand that the practice will offer me updates to this Notice of Privacy Practices should it be amended, modified, or changed in any way.

_____
Patient or Representative Name          (Please Print)

_____          8/27/12
Patient or Representative Signature          Date

# Urgent Care of
# Historic Savannah

Jerry K. Williams, Jr., M.D.

144 Lincoln Street • Savannah, Georgia 31401
Office: 912.234.3714 • Fax 912.234.3771

PATIENTS NAME _Michelle Tebolt_ DOB 3-28-57

ADDRESS: _____ DATE: _8-27-12_

℞

Azithromycin 500mg #05

sig: Tp o q day

This prescription is authorized through
Jerry Williams MD by Mik Grabowski, PAC

REFILL (None) 1 2 3 4 5

Generic Substitution Permitted _____ M.D.

_____ M.D. Dispense as Written

N⁰ 001295

Lot No. 326699





**NEW YORK STATE**
Andrew M. Cuomo
Commissioner of Motor Vehicles

**DRIVER LICENSE**  CLASS

**ID: 107 966 977**

DONALDSON
TRACEY L
24 BIRCH DR
PLEASANT VAL NY 12569
DOB: 07-10-61

SEX: F  EYES BL  HT 5-08
NONE
NONE
ISSUED: 06-23-11

VTKWGK233

REI

VISA
SIGNATURE

# PLAINTIFF'S EXHIBIT "C"

Civil Action No.: 4:13-CV-00184 - April 2, 2014

STATE OF NEW YORK )

COUNTY OF DUTCHESS )
)

## <u>AFFIDAVIT OF VINCENT P. BELTRANI, M.D.</u>

Before the undersigned officer duly authorized to administer oaths in and for the county aforesaid, came this date Vincent P. Beltrani, M.D., who after being duly sworn, deposes and states as follows:

1.    I am over the age of eighteen years, and laboring under no mental or physical incapacities, and I am competent in all respects to make this affidavit. I make this affidavit based upon my medical knowledge and experience, and my review of certain medical records pertaining to Plaintiff Michelle Tebolt, as described herein.

2.    I am a physician duly licensed to practice medicine in the State of New York.

3.    I have practiced medicine since 1990.

4.    I am familiar with the standard of care owed by physicians who perform or supervise the diagnosis and treatment of patients via intramuscular injection of the drug Kenalog®. I have performed or supervised the diagnosis and treatment of patients throughout the course of my medical career on a regular and routine basis, including the five years preceding Plaintiff Michelle Tebolt's treatment in August, 2012.

5.    The opinions stated herein are to a reasonable degree of medical certainty.

6.    I have reviewed the medical records of Plaintiff Michelle Tebolt, which include the records from Defendant Urgent Care 24/7, LLC concerning Plaintiff's treatment.

7.     The medical records which I have reviewed document that Plaintiff Michelle Tebolt presented at Defendant Urgent Care 24/7, LLC's office in downtown Savannah, Georgia on August 27, 2012, with a cough, sinus congestion, fever, nausea and recent vomiting.

8.     Plaintiff Michelle Tebolt was diagnosed with an upper respiratory infection by a Physician Assistant acting as an agent and / or employee of Defendant Urgent Care 24/7, LLC, after consultation with Defendant Jerry K. Williams, M.D.

9.     As noted in the Physician Assistant's notes, he proceeded to treat Plaintiff Michelle Tebolt with an injection of 80 milligrams of the drug Kenalog® into Plaintiff Michelle Tebolt's upper left arm.

10.     Subsequently, Plaintiff Michelle Tebolt suffered from atrophy of the tissue immediately surrounding the injection site, resulting in a permanent, visibly red and disfiguring scar and indentation measuring approximately five inches in length and one and one quarter inch in width.

11.     It is my opinion that Defendant Jerry K. Williams, M.D., and the certified physician assistant acting under his supervision, violated the acceptable standard of care in the diagnosis and treatment of Plaintiff Michelle Tebolt. Specifically, Defendant Jerry K. Williams, M.D. failed to ensure that the drug Kenalog® was properly and exclusively injected into the gluteal muscles of Michelle Tebolt, in a proper dosage, and that the physician assistant used a needle of proper length, resulting in her injuries.

12.     My opinions are based on the review of the medical records referenced herein.  I

may have additional opinions upon consideration of additional information and evidence

concerning Plaintiff Michelle Tebolt's treatment and care.

*[Signatures reserved for following page]*

FURTHER AFFIANT SAYETH NOT,

This 28th day of May, 2013.

Vincent P Beltrani, M.D.

Sworn and subscribed before me
this 28th day of May, 2013.

Notary Public

My commission expires: 7/19/14

Beth Ann Simonetti
Notary Public, State of New York
Lic. No. 01SI6225088
Qualified in Dutchess County
Commission Expires July 19, 20 14

# PLAINTIFF'S EXHIBIT "D"

Civil Action No.: 4:13-CV-00184 - April 2, 2014



# PLAINTIFF'S EXHIBIT "E"

Civil Action No.: 4:13-CV-00184 - April 2, 2014

## CONSULTATION DETAILS

Date: __6/24/13__ Email: _____

Patient name: __Michelle Tebolt__

Initial to allow follow up by mail _____

[ ] Dr. Enisman        [X] Dr. Sepulveda

Procedure: __Scar revision with complex closure left arm (cpt code 13121)__

Time Needed: __1hr__                *Cosmetic Add-on Rates _____

Anesthesia Type: [ ] none   [X] general  or  [X] MAC   [ ] local

[X] Same day   [ ] Outpatient   [ ] Overnight

__Vassar/Westage/VASC__   St. Francis Hospital   (11/27)

Dr. Fee    $_____   1500 –    _____

(20% of Dr's fee **non-refundable** deposit is due at time of scheduling surgery $_____)

Implant Fee/ $_____   —    _____
Supply Fee

Hospital Fee $_____   983 –   _____

Overnight:  $_____   —    _____

NYS +9.65% $_____   N/A    _____

Anesthesia: $_____   590 –   _____

TOTAL:     $_____   3073 –   _____

- All fees are paid in full 2 weeks prior to surgery with 3 SEPARATE payments for Dr. (plus implants if needed), hospital and anesthesia. This includes any financed portion of the case fee. PLEASE NOTE THAT WE OFFER FINANCING through CARECREDIT www.carecredit.com.
- We also accept MasterCard, Visa or Discover. Hospitals accept only MasterCard and Visa.
- Fees do not include any pre-surgical testing that may not be provided by the hospital or through your insurance benefits from your primary doctor.
- _Please note that imperative information will be discussed with you at your pre-op appointment and we request that alternate care be provided for small children_

Consultation detail.doc

STATE OF NEW YORK )
 )
COUNTY OF _____ )
 )

## AFFIDAVIT OF CELESTINO SEPULVEDA, M.D.

Before the undersigned officer duly authorized to administer oaths in and for the county aforesaid, came this date Celestino Sepulveda, M.D., who after being duly sworn, deposes and states as follows:

1.     I am over the age of eighteen years, and laboring under no mental or physical incapacities, and I am competent in all respects to make this affidavit.  I make this affidavit based upon my medical knowledge and experience, and my personal observation of and consultation with Plaintiff Michelle Tebolt.

2.     I am a physician duly licensed to practice medicine in the State of New York.

3.     I have practiced medicine since _____, and specialize in cosmetic surgery.

4.     I am familiar with the standard of care owed by physicians who perform scar revision surgery, including those requiring complex closure.  I have performed or supervised the diagnosis and treatment of patients with similar scarring throughout the course of my medical career on a regular and routine basis, including the five years preceding this affidavit.

5.     The opinions stated herein are to a reasonable degree of medical certainty.

1

6.   I am a physician practicing at Plastic Surgeons of Hudson Valley, located at 207 Washington Street, Suite 203, Poughkeepsie, New York, 12601.

7.   I examined Michelle Tebolt on June 24, 2013, with regard to a scar revision with complex closure on her left arm.

8.   I have estimated that the time required to revise Ms. Tebolt's scar would be one hour and necessitate either general anesthesia or monitored anesthesia care (MAC).

9.   My fee for performing the procedure would be $1,500.00. The hospital fee would be $983.00 and the anesthesia charges would be $590.00. The total cost of Ms. Tebolt's scar revision would therefore be $3,073.00.

10.   The recovery time for this surgery is approximately three (3) months, during which Ms. Tebolt would require significant restrictions on the use of her left arm.

11.   Depending on the recovery and results of the surgery, Ms. Tebolt is likely to have to undergo another, similar surgery to complete the repair of this scar, at an estimated cost of $_____.

FURTHER AFFIANT SAYETH NOT.

2

This _____ day of _____, 20___.


                                    _____
                                    Celestino Sepulveda, M.D.


Sworn to and subscribed before me,

this _____ day of _____, 20__.


_____
Notary Public
My Commission Expires: _____

3

# PLAINTIFF'S EXHIBIT "F"

Civil Action No.: 4:13-CV-00184 - April 2, 2014

From:                                      11/25/2013 13:57    #093 P.001/005

# TATE LAW GROUP, LLC

2 East Bryan Street • Suite 600
Savannah, Georgia 31401

Telephone: (912) 234-3030
Facsimile: (912) 234-9700
www.tatelawgroup.com

## FACSIMILE COVER PAGE

| TO: | Celestino Sepulveda, M.D. | FAX: | 845-471-0811 |
|---|---|---|---|
| FROM: | Sherri N. Watts, Esq. | FAX: | (912) 234-9700 |
| DATE: | November 25, 2013 | PAGES: | 4 including cover |
| RE: | Tebolt, Michelle | | |

REMARKS:

ATTN: JESSICA —

I spoke with Nanette at your office, who confirmed that we could get Dr. Sepulveda's signature on the enclosed statement for purposes of settling Ms. Tebolt's case in federal court. If there are any changes that Dr. Sepulveda would like me to make, please notate them on the return copy. I have attached a document provided by Michelle Tebolt's mother for your reference. Please call me if there are any questions.

☆ Dr. Sepulveda looked over the paperwork + is charging a $400 fee for a legal opinion. Please call the office to make pymt or send a letter stating this will be paid

The documents accompanying this telecopy transmission contain information from the law firm of Tate Law Group, L.L.C. which may be confidential and/or legally privileged and, regardless of the nature of the information thereon, the documents are intended only for the use of the individual or entity to whom the documents are addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in

+ the

reliance will

be faxed.

# PLAINTIFF'S EXHIBIT "G"

Civil Action No.: 4:13-CV-00184 - April 2, 2014

# Tate Law Group
## Client Expenses Ledger For:
## Michele Tebolt

| Date | Memo | Amount |
|------|------|--------|
| **Tebolt, Ms. Michelle** | | |
| 6/19/2013 | Copies | |
| 6/19/2013 | Scans | 1.50 |
| 6/30/2013 | Postage & Delivery | 1.50 |
| 7/30/2013 | U. S. District Court, Southen District of Georgia Filing fee | 2.30 |
| 8/2/2013 | Plastic Surgeons of the Hudson Valley | 400.00 |
| 8/2/2013 | Ortiz & Associates | 9.12 |
| 9/30/2013 | Postage & Delivery | 90.00 |
| 10/9/2013 | Urgent Care of Historic Savannah | 0.46 |
| 10/31/2013 | Postage & Delivery | 35.64 |
| 10/31/2013 | Copies | 0.46 |
| 10/31/2013 | Scans | 3.25 |
| 11/1/2013 | William Michael Grabowski/Witness Fee | 2.25 |
| 11/30/2013 | Postage & Delivery | 44.40 |
| Total Tebolt, Ms. Michelle | | 1.32 |
| | | 592.20 |
| **TOTAL** | | |
| | | 592.20 |

# PLAINTIFF'S EXHIBIT "H"

Civil Action No.: 4:13-CV-00184 - April 2, 2014

<u>CONTRACT FOR LEGAL REPRESENTATION</u>
(Contingency Fee Agreement)

I, _Tracey Donaldson_, do hereby employ Tate Law Group, LLC, to represent me with regard to the following matter:

_Michelle Tebolt vs. Urgent Care_

For and in consideration of the services to be rendered, I agree to pay Tate Law Group, LLC the following contingent fees and expenses:

<u>35% plus cases expenses if settled before trial, 40% if case goes to trial.</u>

(1)     of the highest offer extended during my employ of Tate Law Group, LLC; or
(2)     of the verdict should this case go to trial.

I understand and agree that this contractual relationship with Tate Law Group, LLC to be governed under the laws of the State of Georgia. I understand that I may dismiss my attorneys at any time, for any reason, upon written notice to Tate Law Group, LLC and payment of unpaid expenses and services rendered to the date of receipt of such notice. This payment is to be based upon time devoted to my case at an hourly rate of $450.00 per hour, or the applicable percentage of fee due the law firm under the terms of this agreement of any offers which have been made by any adversary.

I represent that I have not heretofore engaged or employed any other attorney or law firm to represent me.

I expressly grant to Tate Law Group, LLC a power of attorney to endorse and deposit into the client trust account any drafts or checks received by the law firm and made payable to me in whole or part, and I authorize said law firm to deduct fees, as well as costs and expenses from my share of any such sums recovered. Any unpaid liens or bills for hospitals, doctors, and other medical services shall remain my obligation

WITNESS my hand this the _30th_ day of _May_, 2013.

_Tracey Donaldson_
(Client)

Employment accepted on the basis of the above outlined this __ day of _____, 2013.

Tate Law Group, LLC

By: _Sherri M. Walts_
(For the Firm)

# PLAINTIFF'S EXHIBIT "I"

Civil Action No.: 4:13-CV-00184 - April 2, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TRACEY DONALDSON,<br>individually, and on behalf of<br>her daughter, **MICHELLE TEBOLT**,<br>a minor,<br><br>     Plaintiff,<br><br>v.<br><br>**URGENT CARE 24/7, LLC**, and<br>**JERRY K. WILLIAMS, M.D.**<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. <u>4:13-CV-00184</u> |

---

## AFFIDAVIT OF MARK A. TATE, ESQ., COUNSEL FOR PLAINTIFF IN SUPPORT OF PETITION FOR SETTLEMENT

1.

Before the undersigned officer duly authorized to administer oaths in and for the county aforesaid, came this date, Mark A. Tate, Esq., who after being duly sworn, deposes and states as follows:

2.

I am eighteen years of age or older, and laboring under no mental or physical incapacities, and I am competent in all respects to make this affidavit. I am duly licensed to practice law in the State of Georgia, and have been admitted to practice in this Court since 1992. I represent the Plaintiff, Tracey Donaldson, individually and on behalf of her daughter, Michelle Tebolt, a minor. I make this affidavit based upon my personal knowledge of the facts described herein;

1

3.

On July 30, 2013, the present suit was filed alleging that Defendants' conduct fell below the standard of care in the following manner:

    (a)    Defendants failed to observe the contraindication for the injection of Kenalog® into muscles other than the gluteal muscle;

    (b)    The Defendants failed to observe the proper dosage for Kenalog®; and

    (c)    On information and belief, the Defendants failed to ensure that the proper needle length of 1.5 inches was utilized.

4.

The affidavit of Dr. Vincent P. Beltrani, Ms. Tebolt's family care physician, is attached to Plaintiff's Petition for Settlement as <u>Exhibit B</u>, in support of the above-referenced allegations.

5.

As a result of Defendants' alleged negligence, Ms. Tebolt will have to undergo cosmetic surgery to repair the scar tissue in her upper left arm. A true and correct copy of a picture of Ms. Tebolt's arm as of May, 2013, is attached to Plaintiff's Petition for Settlement as <u>Exhibit C</u>.

6.

A statement regarding the costs of this surgery, and prognosis, prepared for Dr. Celestino Sepulveda's signature, is attached hereto as <u>Exhibit D</u>. However, Dr. Sepulveda has asked for $400.00 before he will sign any statement. See facsimile attached as <u>Exhibit E</u>. In order to obtain the highest possible recovery for our client, we have foregone this expense pending an Order to obtain a notarized signature from Dr. Sepulveda.

7.

After reviewing the above-referenced evidence, and conferring with Defendants' counsel, the parties have reached an agreement to settle all claims for $ 35,000.00.

8.

A true and correct copy of the expenses incurred to date by undersigned counsel is attached to Plaintiff's Petition for Settlement as <u>Exhibit F</u>.

9.

A true and correct copy of the existing fee contract with undersigned counsel, is attached to Plaintiff's Petition for Settlement as <u>Exhibit G</u>.

10.

In my estimation, this settlement is in the best interests of my client and her minor child.

FURTHER AFFIANT SAYETH NOT.

This 13th day of March, 2014.

Mark A. Tate, Esq.

Sworn to and subscribed before me,
this 13th day of March, 2014

Notary Public
My Commission Expires: 3/25/17

KATIE M. KINDRED
Notary Public, Georgia
Chatham County
My Commission Expires
March 25, 2017