IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TRACEY DONALDSON, individually )
and on behalf of her daughter )
Michelle Tebolt; and MICHELLE )
TEBOLT, a minor; )
)
    Plaintiffs, )
)
v. ) CASE NO. CV413-184
)
URGENT CARE 24/7, LLC; and JERRY )
K. WILLIAMS, M.D.; )
)
    Defendants. )

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal. (Doc. 22.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by the plaintiff by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of May 2014.

    WILLIAM T. MOORE, JR.
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA